| Claim Number | Last Name | First Name | Billed Amount | Paid Amount | Allstate Entity | Date of Loss | Date of service From | Date of Service To | Named Insured | Policy Number | Policy Effective Date | Policy Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0177555596 | | | $2,270.00 | $557.33 | Allstate Property and Casualty Insurance Company | 09/14/10 | 09/17/10 | 09/20/10 | | 961811399 | 04/01/10 | 10/01/10 |
| 0237387873 | | | $350.00 | $169.82 | Allstate Property and Casualty Insurance Company | 02/27/12 | 02/27/12 | 02/27/12 | | 961820483 | 01/12/12 | 07/12/12 |
| 0237387873 | | | $350.00 | $169.82 | Allstate Property and Casualty Insurance Company | 02/27/12 | 02/27/12 | 02/27/12 | | 961820483 | 01/12/12 | 07/12/12 |
| 0315234427 | | | $1,505.00 | $958.00 | Allstate Property and Casualty Insurance Company | 02/04/14 | 02/06/14 | 02/17/14 | | 941574503 | 10/04/13 | 04/04/14 |
| 0308307776 | | | $2,290.00 | $311.49 | Allstate Fire and Casualty Insurance Company | 12/04/13 | 12/06/13 | 02/06/14 | | 971870664 | 09/09/13 | 03/09/14 |
| 0351947593 | | | $2,070.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 12/18/14 | 12/22/14 | 02/05/15 | | 971755608 | 09/01/14 | 03/01/14 |
| 0187257910 | | | $1,935.00 | $905.44 | Allstate Indemnity Company | 12/29/10 | 03/21/11 | 05/09/11 | | 971530888 | 08/12/10 | 02/12/11 |
| 0208849075 | | | $10,450.00 | $5,133.74 | Allstate Fire and Casualty Insurance Company | 06/30/11 | 07/07/11 | 12/13/11 | | 971625853 | 06/20/11 | 12/20/11 |
| 0344726302 | | | $9,870.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 10/16/14 | 10/17/14 | 01/05/15 | | 981058485 | 04/17/14 | 10/17/14 |
| 0174715144 | | | $2,755.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 08/06/10 | 08/20/10 | 09/10/10 | | 971474226 | 06/09/10 | 12/09/10 |
| 0181521022 | | | $21,400.00 | $5,421.73 | Allstate Fire and Casualty Insurance Company | 09/29/10 | 09/29/10 | 12/23/10 | | 961954164 | 08/10/10 | 02/10/11 |
| 0324620053 | | | $11,545.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 04/28/14 | 04/29/14 | 07/01/14 | | 961954164 | 02/10/14 | 08/10/14 |
| 0278207402 | | | $15,760.00 | $7,915.89 | Allstate Fire and Casualty Insurance Company | 03/04/13 | 03/05/13 | 01/22/14 | | 971336843 | 11/16/12 | 05/16/13 |
| 0189943623 | | | $1,940.00 | $839.01 | Allstate Insurance Company | 01/25/11 | 02/04/11 | 02/14/11 | | 081235507 | 10/18/10 | 04/18/11 |
| 0226002483 | | | $11,100.00 | $5,616.36 | Allstate Property and Casualty Insurance Company | 10/10/11 | 11/18/11 | 03/12/12 | | 961669752 | 07/31/11 | 01/31/12 |
| 0276221603 | | | $10,290.00 | $6,288.90 | Allstate Fire and Casualty Insurance Company | 02/12/13 | 02/14/13 | 05/30/13 | | 971872271 | 09/07/12 | 03/07/13 |
| 0280761750 | | | $1,050.00 | $244.58 | Allstate Fire and Casualty Insurance Company | 03/27/13 | 04/01/13 | 04/02/13 | | 971928767 | 01/08/13 | 07/08/13 |
| 0159015221 | | | $3,720.00 | $1,382.82 | Allstate Property and Casualty Insurance Company | 01/21/10 | 01/22/10 | 06/07/10 | | 971120784 | 08/30/09 | 02/28/10 |
| 0288616873 | | | $10,100.00 | $4,124.22 | Allstate Property and Casualty Insurance Company | 06/05/13 | 06/10/13 | 09/18/13 | | 971146483 | 04/17/13 | 10/17/13 |
| 0288283286 | | | $5,895.00 | $3,437.16 | Allstate Fire and Casualty Insurance Company | 06/02/13 | 06/21/13 | 09/11/13 | | 971652608 | 02/02/13 | 08/02/13 |
| 0304797912 | | | $12,301.00 | $5,786.78 | Allstate Fire and Casualty Insurance Company | 10/31/13 | 11/01/13 | 01/17/14 | | 961938731 | 08/12/13 | 02/12/14 |
| 0292194289 | | | $915.00 | $411.98 | Allstate Fire and Casualty Insurance Company | 07/03/13 | 07/05/13 | 07/29/13 | | 941984508 | 05/04/13 | 11/04/13 |

EXHIBIT "A"

1

(Redacted version filed with the Court. Redacted and unredacted version served with Complaint and Summons.)

| Claim Number | Last Name | First Name | Billed Amount | Paid Amount | Allstate Entity | Date of Loss | Date of service From | Date of Service To | Named Insured | Policy Number | Policy Effective Date | Policy Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0344868856 | | | $8,265.00 | $0.00 | Allstate Insurance Company | 10/15/14 | 10/17/14 | 02/24/15 | | 091807522 | 05/04/14 | 11/04/14 |
| 0152746780 | | | $745.00 | $308.42 | Allstate Property and Casualty Insurance Company | 11/02/09 | 12/14/09 | 12/24/09 | | 971293262 | 07/24/09 | 01/24/10 |
| 0193769742 | | | $13,350.00 | $6,961.57 | Allstate Property and Casualty Insurance Company | 02/23/11 | 02/24/11 | 05/16/11 | | 961531297 | 12/29/10 | 06/29/11 |
| 0302459060 | | | $7,490.00 | $3,934.94 | Allstate Fire and Casualty Insurance Company | 10/09/13 | 10/17/13 | 12/13/13 | | 971481839 | 06/23/13 | 12/23/13 |
| 0187257910 | | | $9,790.00 | $4,664.26 | Allstate Indemnity Company | 12/29/10 | 03/02/11 | 05/13/11 | | 971530888 | 08/12/10 | 02/12/11 |
| 0166195569 | | | $4,650.00 | $2,628.08 | Allstate Insurance Company | 04/23/10 | 04/26/10 | 06/15/10 | | 091161895 | 12/19/09 | 06/19/10 |
| 0288963887 | | | $8,320.00 | $3,027.67 | Allstate Property and Casualty Insurance Company | 06/08/13 | 06/14/13 | 08/06/13 | | 961045693 | 03/28/13 | 09/28/13 |
| 0153603162 | | | $6,510.00 | $2,466.76 | Allstate Indemnity Company | 11/12/09 | 12/01/09 | 10/25/10 | | 688188431 | 08/16/09 | 02/16/10 |
| 0223635632 | | | $12,430.00 | $6,753.48 | Allstate Indemnity Company | 10/26/11 | 10/28/11 | 04/12/12 | | 688188431 | 08/16/11 | 02/16/12 |
| 0250200102 | | | $13,115.00 | $4,363.72 | Allstate Indemnity Company | 06/29/12 | 07/02/12 | 11/01/12 | | 688188431 | 02/16/12 | 08/16/12 |
| 0327771416 | | | $20,175.00 | $8,039.50 | Allstate Fire and Casualty Insurance Company | 05/24/14 | 06/05/14 | 11/06/14 | | 971912064 | 12/08/13 | 06/08/14 |
| 0349407031 | | | $5,310.00 | $0.00 | Allstate Insurance Company | 11/26/14 | 12/02/14 | 01/05/15 | | 961714141 | 11/20/14 | 05/20/15 |
| 0346992043 | | | $350.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 11/04/14 | 11/13/14 | 11/13/14 | | 981204970 | 07/17/14 | 01/17/15 |
| 0165237603 | | | $1,400.00 | $284.42 | Allstate Property and Casualty Insurance Company | 04/12/10 | 04/16/10 | 04/28/10 | | 941516006 | 02/19/10 | 08/19/10 |
| 0211769450 | | | $21,745.00 | $9,140.10 | Allstate Fire and Casualty Insurance Company | 07/26/11 | 07/29/11 | 11/23/11 | | 971201020 | 07/09/11 | 01/09/12 |
| 0340017045 | | | $1,135.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 09/05/14 | 09/05/14 | 09/30/14 | | 981320289 | 08/22/14 | 02/22/15 |
| 0253444178 | | | $350.00 | $169.82 | Allstate Fire and Casualty Insurance Company | 07/21/12 | 09/19/12 | 09/19/12 | | 971633633 | 07/03/12 | 01/03/12 |
| 3894306228 | | | $7,777.00 | $6,399.98 | Allstate Insurance Company | 06/11/10 | 06/23/10 | 09/24/10 | | 048947150 | 09/15/09 | 09/15/09 |
| 0303015119 | | | $21,775.00 | $9,904.11 | Allstate Insurance Company | 10/14/13 | 10/15/13 | 01/28/14 | | 91875310 | 04/19/13 | 10/19/13 |
| 0303015119 | | | $12,820.00 | $6,857.01 | Allstate Insurance Company | 10/14/13 | 10/15/13 | 12/14/13 | | 91875310 | 04/19/13 | 10/19/13 |
| 0325465755 | | | $4,060.00 | $2,131.75 | Allstate Insurance Company | 05/06/14 | 05/08/14 | 05/23/14 | | 091875310 | 04/19/14 | 10/19/14 |
| 0285328282 | | | $5,300.00 | $1,902.24 | Allstate Fire and Casualty Insurance Company | 05/08/13 | 05/09/13 | 05/31/13 | | 971852711 | 01/27/13 | 07/27/13 |

EXHIBIT "A"

2

(Redacted version filed with the Court. Redacted and unredacted version served with Complaint and Summons.)

| Claim Number | Last Name | First Name | Billed Amount | Paid Amount | Allstate Entity | Date of Loss | Date of service From | Date of Service To | Named Insured | Policy Number | Policy Effective Date | Policy Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0157422296 | | | $16,190.00 | $8,201.17 | Allstate Property and Casualty Insurance Company | 01/03/10 | 01/04/10 | 05/13/10 | | 971085269 | 11/24/09 | 05/24/10 |
| 0303974539 | | | $13,896.00 | $3,073.83 | Allstate Fire and Casualty Insurance Company | 10/23/13 | 10/24/13 | 04/25/14 | | 971349580 | 05/30/13 | 11/30/13 |
| 0274864842 | | | $18,464.00 | $7,176.17 | Allstate Property and Casualty Insurance Company | 01/30/13 | 01/31/13 | 06/17/13 | | 961202265 | 01/28/13 | 07/28/13 |
| 0228000394 | | | $12,365.00 | $6,096.98 | Allstate Property and Casualty Insurance Company | 12/04/11 | 12/09/11 | 05/21/12 | | 961433739 | 08/11/11 | 02/11/12 |
| 0276088762 | | | $1,050.00 | $185.70 | Allstate Fire and Casualty Insurance Company | 02/11/13 | 02/13/13 | 02/15/13 | | 971481203 | 12/22/12 | 06/22/13 |
| 0171070907 | | | $14,621.00 | $6,432.33 | Allstate Property and Casualty Insurance Company | 06/22/10 | 07/02/10 | 09/29/10 | | 941656874 | 04/09/10 | 10/09/10 |
| 0171070907 | | | $11,160.00 | $3,993.80 | Allstate Property and Casualty Insurance Company | 06/22/10 | 07/02/10 | 05/13/11 | | 941656874 | 04/09/10 | 10/09/10 |
| 0218383511 | | | $11,810.00 | $6,365.40 | Allstate Fire and Casualty Insurance Company | 09/13/11 | 09/16/11 | 12/29/11 | | 941942175 | 05/19/11 | 11/19/11 |
| 0348258393 | | | $1,275.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 11/17/14 | 11/18/14 | 11/21/14 | | 971945975 | 08/10/14 | 02/10/15 |
| 0276133105 | | | $11,225.00 | $6,859.00 | Allstate Fire and Casualty Insurance Company | 02/12/13 | 02/13/13 | 07/16/13 | | 971694421 | 11/07/12 | 05/07/13 |
| 0281678144 | | | $12,950.00 | $7,643.25 | Allstate Fire and Casualty Insurance Company | 04/01/13 | 04/05/13 | 07/12/13 | | 961937071 | 01/18/13 | 07/18/13 |
| 0340467372 | | | $13,760.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 09/05/14 | 09/09/14 | 02/05/15 | | 971801681 | 04/25/14 | 10/25/14 |
| 0349883065 | | | $3,590.00 | $0.00 | Allstate Insurance Company | 12/02/14 | 12/02/14 | 12/22/14 | | 071906776 | 08/29/14 | 02/28/15 |
| 0193904281 | | | $350.00 | $168.77 | Allstate Insurance Company | 03/02/11 | 03/11/11 | 03/11/11 | | 961086870 | 10/15/10 | 04/15/11 |
| 0340017045 | | | $1,375.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 09/05/14 | 09/05/14 | 09/30/14 | | 981320289 | 08/22/14 | 02/22/15 |
| 0999726688 | | | $5,840.00 | $1,154.40 | Allstate Property and Casualty Insurance Company | 09/06/09 | 11/16/09 | 01/22/10 | | 941825935 | 08/03/09 | 02/03/10 |
| 0228973137 | | | $525.00 | $234.42 | Allstate Insurance Company | 12/12/11 | 12/14/11 | 12/21/11 | | 071904912 | 11/16/11 | 05/16/12 |
| 0155742406 | | | $14,002.50 | $7,309.29 | Allstate Fire and Casualty Insurance Company | 12/11/09 | 12/11/09 | 02/23/10 | | 941977009 | 11/02/09 | 05/02/10 |
| 0173323643 | | | $8,938.00 | $4,627.08 | Allstate Insurance Company | 07/21/10 | 08/18/10 | 11/03/10 | | 971440304 | 06/30/10 | 12/31/10 |
| 0326120920 | | | $7,850.00 | $3,333.37 | Allstate Fire and Casualty Insurance Company | 05/06/14 | 05/15/14 | 10/09/14 | | 971399911 | 01/30/14 | 07/30/14 |
| 0158182071 | | | $13,300.00 | $7,010.63 | Allstate Property and Casualty Insurance Company | 01/13/10 | 01/18/10 | 08/02/10 | | 961634098 | 01/01/10 | 07/01/10 |
| 0271032682 | | | $1,385.00 | $614.66 | Allstate Insurance Company | 12/22/12 | 12/27/12 | 01/03/13 | | 961927232 | 08/25/12 | 02/25/13 |
| 0252790753 | | | $525.00 | $237.82 | Allstate Fire and Casualty Insurance Company | 07/19/12 | 07/20/12 | 07/23/12 | | 961952892 | 02/03/12 | 08/03/12 |

EXHIBIT "A"

3

(Redacted version filed with the Court. Redacted and unredacted version served with Complaint and Summons.)

| Claim Number | Last Name | First Name | Billed Amount | Paid Amount | Allstate Entity | Date of Loss | Date of service From | Date of Service To | Named Insured | Policy Number | Policy Effective Date | Policy Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0163659519 | | | $13,135.00 | $4,308.64 | Allstate Insurance Company | 03/22/10 | 03/23/10 | 12/21/10 | | 961324654 | 10/20/09 | 04/30/10 |
| 0171641533 | | | $9,795.00 | $4,018.09 | Allstate Property and Casualty Insurance Company | 06/24/10 | 06/25/10 | 12/03/10 | | 961587248 | 03/20/10 | 09/20/10 |
| 0271186207 | | | $11,830.00 | $6,485.24 | Allstate Fire and Casualty Insurance Company | 12/25/12 | 11/19/13 | 03/03/14 | | 971959117 | 09/04/12 | 03/04/13 |
| 0165022369 | | | $1,050.00 | $229.87 | Allstate Insurance Company | 04/08/10 | 04/12/10 | 04/19/10 | | 071606635 | 10/20/09 | 04/20/10 |
| 0165867573 | | | $2,690.00 | $467.45 | Allstate Property and Casualty Insurance Company | 04/17/10 | 05/19/10 | 06/09/10 | | 941409847 | 02/28/10 | 08/28/10 |
| 0188376453 | | | $525.00 | $234.42 | Allstate Fire and Casualty Insurance Company | 01/10/11 | 01/17/11 | 01/24/11 | | 971344304 | 11/20/10 | 05/30/11 |
| 0244112488 | | | $565.00 | $264.03 | Allstate Fire and Casualty Insurance Company | 05/07/12 | 05/09/12 | 05/09/12 | | 971185366 | 01/01/12 | 07/01/12 |
| 0330348806 | | | $14,809.00 | $0.00 | Allstate Property and Casualty Insurance Company | 05/31/14 | 06/05/14 | 09/05/14 | | 961344972 | 03/17/14 | 09/17/14 |
| 0178194734 | | | $525.00 | $226.03 | Allstate Fire and Casualty Insurance Company | 09/22/10 | 09/24/10 | 09/27/10 | | 971219998 | 07/28/10 | 01/28/11 |
| 0231489717 | | | $17,615.00 | $8,013.12 | Allstate Fire and Casualty Insurance Company | 01/08/12 | 01/09/12 | 06/18/12 | | 971637612 | 07/10/11 | 01/10/12 |
| 0231489717 | | | $9,825.00 | $5,085.25 | Allstate Fire and Casualty Insurance Company | 01/08/12 | 01/09/12 | 07/13/12 | | 971637612 | 07/10/11 | 01/10/12 |
| 0355196642 | | | $1,070.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 01/20/15 | 02/02/15 | 02/05/15 | | 971500169 | 01/18/15 | 07/18/15 |
| 0348385873 | | | $8,315.00 | $0.00 | Allstate Insurance Company | 11/17/14 | 11/20/14 | 02/19/15 | | 091728220 | 07/22/14 | 01/22/15 |
| 0348385873 | | | $7,430.00 | $0.00 | Allstate Insurance Company | 11/17/14 | 11/21/14 | 02/12/15 | | 091728220 | 07/22/14 | 01/22/15 |
| 0273016220 | | | $6,120.00 | $3,857.40 | Allstate Fire and Casualty Insurance Company | 01/11/13 | 03/15/13 | 10/17/13 | | 971440790 | 11/30/12 | 05/31/13 |
| 0172378341 | | | $350.00 | $167.63 | Allstate Property and Casualty Insurance Company | 05/29/10 | 04/06/11 | 04/06/11 | | 961195226 | 01/15/10 | 07/15/10 |
| 0268576642 | | | $740.00 | $415.04 | Allstate Insurance Company | 11/29/12 | 11/29/12 | 12/07/12 | | 081047995 | 10/23/12 | 04/23/12 |
| 0291068211 | | | $900.00 | $436.79 | Allstate Fire and Casualty Insurance Company | 06/26/13 | 06/27/13 | 07/05/13 | | 971200513 | 02/19/13 | 08/19/13 |
| 0162028732 | | | $4,170.00 | $1,016.68 | Allstate Insurance Company | 03/02/10 | 03/04/10 | 03/26/10 | | 088499529 | 11/18/09 | 05/18/10 |
| 0231973033 | | | $11,565.00 | $6,252.07 | Allstate Indemnity Company | 01/12/12 | 01/13/12 | 03/16/12 | | 941238606 | 08/07/11 | 02/07/12 |
| 0181139627 | | | $24,464.00 | $8,560.32 | Allstate Property and Casualty Insurance Company | 10/19/10 | 11/01/10 | 05/11/11 | | 961262222 | 05/08/10 | 11/08/10 |
| 0285517496 | | | $4,100.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 05/09/13 | 05/10/13 | 05/24/13 | | 971675969 | 03/22/13 | 09/22/13 |

EXHIBIT "A"

4

(Redacted version filed with the Court. Redacted and unredacted version served with Complaint and Summons.)

| Claim Number | Last Name | First Name | Billed Amount | Paid Amount | Allstate Entity | Date of Loss | Date of service From | Date of Service To | Named Insured | Policy Number | Policy Effective Date | Policy Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0183955608 | | | $9,728.00 | $3,651.14 | Allstate Property and Casualty Insurance Company | 11/28/10 | 11/29/10 | 04/20/11 | | 961034140 | 06/07/10 | 12/07/10 |
| 0234871812 | | | $6,895.00 | $3,218.65 | Allstate Fire and Casualty Insurance Company | 02/10/12 | 02/10/12 | 06/13/12 | | 961990029 | 10/04/11 | 04/04/12 |
| 0214912933 | | | $21,120.00 | $6,696.32 | Allstate Property and Casualty Insurance Company | 08/22/11 | 08/23/11 | 02/24/12 | | 961419687 | 08/20/11 | 02/20/12 |
| 0294575105 | | | $6,395.00 | $2,512.91 | Allstate Fire and Casualty Insurance Company | 07/28/13 | 08/05/13 | 09/23/13 | | 971468974 | 06/03/13 | 12/03/13 |
| 0244502944 | | | $7,530.00 | $1,576.13 | Allstate Indemnity Company | 02/28/12 | 05/22/12 | 07/20/12 | | 971856208 | 02/18/12 | 08/18/12 |
| 0236611026 | | | $20,195.00 | $5,760.43 | Allstate Indemnity Company | 02/21/12 | 03/29/12 | 08/16/12 | | 971856208 | 02/18/12 | 08/18/12 |
| 0174133124 | | | $10,009.00 | $5,269.74 | Allstate Fire and Casualty Insurance Company | 07/26/10 | 08/16/10 | 03/10/11 | | 971276855 | 04/24/10 | 10/24/10 |
| 0259021095 | | | $12,710.00 | $6,988.03 | Allstate Fire and Casualty Insurance Company | 09/13/12 | 09/14/12 | 11/16/12 | | 971879734 | 03/21/12 | 09/21/12 |
| 0160447322 | | | $20,020.00 | $9,008.35 | Allstate Fire and Casualty Insurance Company | 02/12/10 | 02/26/10 | 07/08/10 | | 941920070 | 08/21/09 | 02/21/10 |
| 0171969884 | | | $3,460.00 | $961.02 | Allstate Insurance Company | 06/29/10 | 07/06/10 | 07/13/10 | | 061069917 | 04/22/10 | 10/22/10 |
| 0182189654 | | | $2,318.00 | $1,064.45 | Allstate Property and Casualty Insurance Company | 11/08/10 | 11/12/10 | 12/20/10 | | 971071864 | 06/19/10 | 12/19/10 |
| 0275725091 | | | $14,790.00 | $8,974.10 | Allstate Insurance Company | 01/31/13 | 02/08/13 | 06/14/13 | | 071700376 | 09/19/12 | 03/19/13 |
| 0241091834 | | | $5,705.00 | $2,415.21 | Allstate Insurance Company | 04/09/12 | 04/12/12 | 06/19/12 | | 061049244 | 04/01/12 | 10/01/12 |
| 0336335799 | | | $5,430.00 | $2,335.07 | Allstate Fire and Casualty Insurance Company | 07/27/14 | 08/04/14 | 09/19/14 | | 981039920 | 02/26/14 | 08/26/14 |
| 0336335799 | | | $6,005.00 | $3,022.18 | Allstate Fire and Casualty Insurance Company | 07/27/14 | 08/04/14 | 09/19/14 | | 981039920 | 02/26/14 | 08/26/14 |
| 0313944795 | | | $1,050.00 | $246.56 | Allstate Insurance Company | 01/25/14 | 01/27/14 | 02/03/14 | | 941008986 | 11/21/13 | 05/21/14 |
| 0240454421 | | | $1,325.00 | $460.77 | Allstate Fire and Casualty Insurance Company | 04/03/12 | 04/04/12 | 07/17/12 | | 971834228 | 12/22/11 | 06/22/12 |
| 0163005762 | | | $1,980.00 | $1,087.51 | Allstate Property and Casualty Insurance Company | 02/24/10 | 03/17/10 | 03/23/10 | | 971154594 | 11/16/09 | 05/16/10 |
| 0279724289 | | | $12,115.00 | $7,192.56 | Allstate Property and Casualty Insurance Company | 02/21/13 | 02/22/13 | 05/16/13 | | 971064389 | 10/31/12 | 04/30/13 |
| 0216249672 | | | $955.00 | $418.13 | Allstate Insurance Company | 08/19/11 | 08/22/11 | 08/25/11 | | 061308202 | 08/01/11 | 02/01/12 |
| 0318515400 | | | $16,385.00 | $8,603.12 | Allstate Fire and Casualty Insurance Company | 02/28/14 | 03/04/14 | 08/20/14 | | 971764951 | 09/27/13 | 03/27/14 |
| 0278804273 | | | $6,200.00 | $3,796.78 | Allstate Indemnity Company | 03/11/13 | 03/12/13 | 04/16/13 | | 961878416 | 01/12/13 | 07/12/13 |

EXHIBIT "A"

5

(Redacted version filed with the Court. Redacted and unredacted version served with Complaint and Summons.)

| Claim Number | Last Name | First Name | Billed Amount | Paid Amount | Allstate Entity | Date of Loss | Date of service From | Date of Service To | Named Insured | Policy Number | Policy Effective Date | Policy Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0318663093 | | | $17,495.00 | $9,014.16 | Allstate Fire and Casualty Insurance Company | 03/06/14 | 03/14/14 | 06/02/14 | | 971504257 | 01/24/14 | 07/24/14 |
| 0179392188 | | | $13,724.00 | $3,190.21 | Allstate Fire and Casualty Insurance Company | 10/06/10 | 10/15/10 | 01/17/11 | | 971381784 | 07/04/10 | 01/04/11 |
| 0323555490 | | | $16,310.00 | $5,555.79 | Allstate Fire and Casualty Insurance Company | 04/19/14 | 04/24/14 | 06/12/14 | | 971295952 | 04/04/14 | 10/04/14 |
| 0218637684 | | | $16,375.00 | $7,574.67 | Allstate Insurance Company | 09/15/11 | 09/19/11 | 03/16/12 | | 071995819 | 06/10/11 | 12/10/11 |
| 0275699576 | | | $350.00 | $174.50 | Allstate Insurance Company | 02/07/13 | 02/07/13 | 02/07/13 | | 071482006 | 12/16/12 | 06/16/13 |
| 0275699576 | | | $9,200.00 | $4,429.64 | Allstate Insurance Company | 02/07/13 | 02/25/13 | 07/26/13 | | 071482006 | 12/16/12 | 06/16/13 |
| 0183574680 | | | $4,275.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 11/23/10 | 11/24/10 | 12/30/10 | | 961996337 | 09/30/10 | 03/31/11 |
| 0196022776 | | | $9,425.00 | $5,173.00 | Allstate Fire and Casualty Insurance Company | 02/22/11 | 03/18/11 | 06/13/11 | | 971181475 | 01/02/11 | 07/02/11 |
| 0161823828 | | | $10,400.00 | $5,288.69 | Allstate Insurance Company | 02/18/10 | 03/01/10 | 05/28/10 | | 071362382 | 08/23/09 | 02/23/10 |
| 0212916209 | | | $8,375.00 | $4,544.95 | Allstate Insurance Company | 08/06/11 | 09/30/11 | 11/28/11 | | 091728426 | 07/25/11 | 01/25/12 |
| 0232909341 | | | $13,560.00 | $7,335.15 | Allstate Property and Casualty Insurance Company | 01/21/12 | 01/23/12 | 10/18/13 | | 971002471 | 09/01/11 | 03/01/12 |
| 0199514455 | | | $525.00 | $234.42 | Allstate Insurance Company | 04/19/11 | 05/06/11 | 05/13/11 | | 071944181 | 01/17/11 | 07/17/11 |
| 0229127246 | | | $11,805.00 | $6,607.46 | Allstate Insurance Company | 12/13/11 | 01/09/12 | 03/07/12 | | 081145721 | 06/27/11 | 12/27/11 |
| 0270589070 | | | $875.00 | $414.40 | Allstate Insurance Company | 12/17/12 | 12/28/12 | 01/04/13 | | 081145721 | 06/27/12 | 12/27/12 |
| 0283485992 | | | $525.00 | $244.58 | Allstate Insurance Company | 04/21/13 | 05/02/13 | 05/06/13 | | 071944181 | 01/17/13 | 07/17/13 |
| 0271611220 | | | $860.00 | $0.00 | Allstate Insurance Company | 12/28/12 | 01/07/13 | 08/23/13 | | 081145721 | 06/27/12 | 12/27/12 |
| 0211005749 | | | $2,740.00 | $1,218.05 | Allstate Property and Casualty Insurance Company | 07/18/11 | 07/18/11 | 08/01/11 | | 961026649 | 05/27/11 | 11/27/11 |
| 0312395519 | | | $1,910.00 | $1,056.53 | Allstate Insurance Company | 01/05/14 | 01/10/14 | 01/15/14 | | 941162918 | 11/22/13 | 05/22/14 |
| 0181391335 | | | $14,540.00 | $4,323.86 | Allstate Insurance Company | 10/30/10 | 11/03/10 | 01/31/11 | | 091359868 | 07/31/10 | 01/31/11 |
| 0193009156 | | | $4,360.00 | $1,093.50 | Allstate Indemnity Company | 02/01/11 | 03/23/11 | 04/25/11 | | 971530888 | 08/12/10 | 02/12/11 |
| 0352293039 | | | $5,635.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 12/21/14 | 12/23/14 | 02/26/15 | | 981002005 | 12/03/14 | 06/03/15 |

EXHIBIT "A"

6

(Redacted version filed with the Court. Redacted and unredacted version served with Complaint and Summons.)

| Claim Number | Last Name | First Name | Billed Amount | Paid Amount | Allstate Entity | Date of Loss | Date of service From | Date of Service To | Named Insured | Policy Number | Policy Effective Date | Policy Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0352293039 | | | $3,740.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 12/21/14 | 12/23/14 | 02/26/15 | | 981002005 | 12/03/14 | 06/03/15 |
| 0310373493 | | | $30,705.00 | $8,597.98 | Allstate Fire and Casualty Insurance Company | 12/24/13 | 12/27/13 | 03/20/14 | | 961931396 | 07/11/13 | 01/11/14 |
| 0187257910 | | | $1,920.00 | $879.26 | Allstate Indemnity Company | 12/29/10 | 03/28/11 | 05/13/11 | | 971530888 | 08/12/10 | 02/12/11 |
| 0227822947 | | | $525.00 | $293.02 | Allstate Property and Casualty Insurance Company | 12/02/11 | 12/02/11 | 12/05/11 | | 941863812 | 09/21/11 | 03/21/12 |
| 0338326770 | | | $17,775.00 | $981.04 | Allstate Insurance Company | 08/21/14 | 08/22/14 | 11/21/14 | | 081081048 | 03/23/14 | 09/23/14 |
| 0245021984 | | | $6,774.00 | $2,486.80 | Allstate Fire and Casualty Insurance Company | 05/15/12 | 05/23/12 | 06/13/12 | | 971762491 | 02/22/12 | 08/22/12 |
| 0240639690 | | | $350.00 | $169.66 | Allstate Insurance Company | 04/01/12 | 04/13/12 | 04/13/12 | | 061450090 | 03/13/12 | 09/13/12 |
| 0163999765 | | | $11,455.00 | $3,830.63 | Allstate Indemnity Company | 03/27/10 | 03/29/10 | 06/04/10 | | 961862769 | 12/15/09 | 06/15/10 |
| 0278976527 | | | $15,045.00 | $7,708.95 | Allstate Fire and Casualty Insurance Company | 03/12/13 | 03/21/13 | 05/28/13 | | 971745267 | 01/21/13 | 07/21/13 |
| 0211706791 | | | $525.00 | $234.41 | Allstate Insurance Company | 07/25/11 | 08/01/11 | 08/25/11 | | 041398513 | 03/27/11 | 09/27/11 |
| 0329336291 | | | $1,785.00 | $814.30 | Allstate Fire and Casualty Insurance Company | 06/04/14 | 06/10/14 | 07/15/14 | | 981174505 | 05/15/14 | 11/15/14 |
| 0210196779 | | | $1,515.00 | $558.22 | Allstate Fire and Casualty Insurance Company | 07/09/11 | 07/15/11 | 07/19/11 | | 971242958 | 02/21/11 | 08/21/11 |
| 0344295067 | | | $350.00 | $0.00 | Allstate Property and Casualty Insurance Company | 10/07/14 | 10/07/14 | 10/07/14 | | 961807794 | 10/02/14 | 04/02/15 |
| 1259651724 | | | $4,405.00 | $1,309.58 | Allstate Property and Casualty Insurance Company | 09/01/06 | 10/16/12 | 02/18/13 | | 961339442 | 03/11/06 | 09/11/06 |
| 0298887233 | | | $10,650.00 | $6,486.72 | Allstate Insurance Company | 09/01/13 | 09/06/13 | 11/11/13 | | 071989124 | 05/13/13 | 11/13/13 |
| 0178598669 | | | $3,352.00 | $826.25 | Allstate Fire and Casualty Insurance Company | 09/28/10 | 10/08/10 | 10/15/10 | | 971561987 | 09/18/10 | 03/18/11 |
| 0250675048 | | | $7,760.00 | $4,227.33 | Allstate Fire and Casualty Insurance Company | 07/02/12 | 07/02/12 | 08/17/12 | | 971828920 | 06/13/12 | 12/13/12 |
| 0238316723 | | | $3,135.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 03/14/12 | 03/21/12 | 05/23/12 | | 971552146 | 03/09/12 | 09/09/12 |
| 0262231046 | | | $2,515.00 | $68.00 | Allstate Fire and Casualty Insurance Company | 10/12/12 | 10/16/12 | 11/09/12 | | 971311328 | 04/27/12 | 10/27/12 |
| 0321530339 | | | $875.00 | $0.00 | Allstate Property and Casualty Insurance Company | 03/29/14 | 04/03/14 | 04/10/14 | | 961543902 | 03/17/14 | 09/17/14 |
| 0142087071 | | | $2,635.00 | $1,015.33 | Allstate Property and Casualty Insurance Company | 06/30/09 | 11/20/09 | 03/29/10 | | 961156002 | 05/05/09 | 11/05/09 |
| 0199359043 | | | $17,175.00 | $9,105.80 | Allstate Insurance Company | 03/04/11 | 04/20/11 | 08/30/11 | | 941107947 | 09/05/10 | 03/05/11 |

EXHIBIT "A"

7

(Redacted version filed with the Court. Redacted and unredacted version served with Complaint and Summons.)

| Claim Number | Last Name | First Name | Billed Amount | Paid Amount | Allstate Entity | Date of Loss | Date of service From | Date of Service To | Named Insured | Policy Number | Policy Effective Date | Policy Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0246908487 | | | $6,154.00 | $3,383.83 | Allstate Fire and Casualty Insurance Company | 06/01/12 | 07/02/12 | 10/23/12 | | 961966118 | 02/22/12 | 08/22/12 |
| 0156133126 | | | $5,475.00 | $1,645.78 | Allstate Property and Casualty Insurance Company | 12/16/09 | 12/18/09 | 02/05/10 | | 941470364 | 11/03/09 | 05/03/10 |
| 0157586074 | | | $16,800.00 | $4,164.98 | Allstate Insurance Company | 12/21/09 | 01/11/10 | 06/16/11 | | 071096083 | 09/02/09 | 03/02/10 |
| 0206866535 | | | $18,170.00 | $4,177.99 | Allstate Insurance Company | 06/12/11 | 06/17/11 | 02/11/12 | | 071096083 | 03/02/11 | 09/02/11 |
| 0164901142 | | | $13,576.00 | $6,786.74 | Allstate Insurance Company | 04/07/10 | 04/23/10 | 07/30/10 | | 041463566 | 12/05/09 | 06/05/10 |
| 0216707364 | | | $15,735.00 | $8,106.53 | Allstate Insurance Company | 09/01/11 | 09/08/11 | 01/13/12 | | 071878390 | 04/01/11 | 10/01/11 |
| 0158991174 | | | $28,175.00 | $7,582.77 | Allstate Insurance Company | 01/24/10 | 01/25/10 | 04/23/10 | | 071401151 | 12/28/09 | 06/28/10 |
| 0320753353 | | | $475.00 | $228.87 | Allstate Insurance Company | 03/26/14 | 04/08/14 | 05/13/14 | | 091652489 | 10/17/13 | 04/17/14 |
| 0299902782 | | | $700.00 | $314.05 | Allstate Fire and Casualty Insurance Company | 09/16/13 | 09/19/13 | 04/10/14 | | 971238688 | 08/18/13 | 02/18/14 |
| 0164725046 | | | $7,670.00 | $2,169.26 | Allstate Indemnity Company | 04/05/10 | 04/28/10 | 05/13/10 | | 961470165 | 03/05/10 | 09/05/10 |
| 0339895185 | | | $7,840.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 09/02/14 | 09/05/14 | 10/16/14 | | 971777317 | 03/10/14 | 09/10/14 |
| 0164608655 | | | $700.00 | $166.04 | Allstate Property and Casualty Insurance Company | 04/04/10 | 04/07/10 | 04/07/10 | | 961470401 | 04/04/10 | 10/04/10 |
| 0225001601 | | | $525.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 11/04/11 | 11/07/11 | 11/17/11 | | 971735003 | 06/20/11 | 12/30/11 |
| 0325024610 | | | $18,980.00 | $8,867.34 | Allstate Fire and Casualty Insurance Company | 05/01/14 | 05/02/14 | 08/11/14 | | 981239345 | 03/31/14 | 09/30/14 |
| 0244368684 | | | $11,734.00 | $5,726.69 | Allstate Property and Casualty Insurance Company | 05/06/12 | 06/07/12 | 05/10/13 | | 971340529 | 04/20/12 | 10/20/12 |
| 0304950165 | | | $555.00 | $291.21 | Allstate Property and Casualty Insurance Company | 11/02/13 | 11/08/13 | 11/08/13 | | 971340529 | 10/20/13 | 04/20/14 |
| 0334604519 | | | $565.00 | $271.65 | Allstate Fire and Casualty Insurance Company | 07/20/14 | 07/22/14 | 07/24/14 | | 971584707 | 05/15/14 | 11/15/14 |
| 0186528162 | | | $15,275.00 | $7,858.28 | Allstate Property and Casualty Insurance Company | 12/21/10 | 12/22/10 | 04/01/11 | | 941655866 | 07/17/10 | 01/17/11 |
| 0282638378 | | | $15,195.00 | $7,588.30 | Allstate Insurance Company | 04/14/13 | 04/30/13 | 12/06/13 | | 081020944 | 02/15/13 | 08/15/13 |
| 0267156909 | | | $865.00 | $340.24 | Allstate Insurance Company | 09/24/12 | 11/26/12 | 12/10/12 | | 941310447 | 05/02/12 | 11/02/12 |
| 0131808008 | | | $3,860.00 | $1,577.97 | Allstate Insurance Company | 02/19/09 | 11/25/09 | 03/16/10 | | 041351323 | 08/22/08 | 02/22/09 |
| 0269726666 | | | $4,140.00 | $2,102.82 | Allstate Fire and Casualty Insurance Company | 12/10/12 | 12/11/12 | 01/11/13 | | 971785986 | 09/28/12 | 03/28/13 |
| 0267685303 | | | $740.00 | $332.03 | Allstate Insurance Company | 11/14/12 | 11/16/12 | 11/20/12 | | 071667433 | 09/13/12 | 03/13/13 |

EXHIBIT "A"

8

(Redacted version filed with the Court.  Redacted and unredacted version served with Complaint and Summons.)

| Claim Number | Last Name | First Name | Billed Amount | Paid Amount | Allstate Entity | Date of Loss | Date of service From | Date of Service To | Named Insured | Policy Number | Policy Effective Date | Policy Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0257551937 | | | $11,735.00 | $6,609.35 | Allstate Property and Casualty Insurance Company | 08/31/12 | 09/06/12 | 08/13/13 | | 961076032 | 07/18/12 | 01/18/13 |
| 0299170613 | | | $3,580.00 | $2,205.23 | Allstate Fire and Casualty Insurance Company | 09/09/13 | 10/21/13 | 11/07/13 | | 961932999 | 07/15/13 | 01/15/14 |
| 0342829314 | | | $15,525.00 | $0.00 | Allstate Insurance Company | 09/29/14 | 09/30/14 | 12/12/14 | | 088920885 | 07/31/14 | 01/31/15 |
| 0160567061 | | | $3,095.93 | $149.17 | Allstate Indemnity Company | 02/13/10 | 02/26/10 | 03/08/10 | | 941913351 | 08/15/09 | 02/15/10 |
| 0259447852 | | | $14,455.00 | $7,988.53 | Allstate Insurance Company | 09/15/12 | 09/17/12 | 01/22/13 | | 941071529 | 07/29/12 | 01/29/13 |
| 0314162348 | | | $700.00 | $174.50 | Allstate Insurance Company | 01/28/14 | 01/30/14 | 01/30/14 | | 971022828 | 10/01/13 | 04/01/14 |
| 0177434149 | | | $700.00 | $162.05 | Allstate Property and Casualty Insurance Company | 09/13/10 | 10/01/10 | 10/01/10 | | 961328814 | 08/24/10 | 02/24/11 |
| 0197189079 | | | $7,990.00 | $4,337.12 | Allstate Fire and Casualty Insurance Company | 03/31/11 | 04/29/11 | 06/10/11 | | 971468127 | 12/08/10 | 06/08/11 |
| 0197918311 | | | $4,430.00 | $2,154.34 | Allstate Fire and Casualty Insurance Company | 03/30/11 | 04/06/11 | 06/16/11 | | 961966345 | 03/03/11 | 09/03/11 |
| 0300085164 | | | $525.00 | $244.58 | Allstate Insurance Company | 09/12/13 | 09/24/13 | 09/26/13 | | 061209071 | 07/17/13 | 01/17/14 |
| 0329635725 | | | $350.00 | $173.30 | Allstate Fire and Casualty Insurance Company | 06/03/14 | 06/09/14 | 06/09/14 | | 971966095 | 03/13/14 | 09/13/14 |
| 0219110814 | | | $4,675.00 | $2,502.75 | Allstate Fire and Casualty Insurance Company | 09/19/11 | 09/20/11 | 10/20/11 | | 971317066 | 04/29/11 | 10/29/11 |
| 0166148551 | | | $12,875.00 | $6,170.86 | Allstate Property and Casualty Insurance Company | 04/23/10 | 04/28/10 | 07/19/10 | | 971059544 | 11/22/09 | 05/22/10 |
| 0294005087 | | | $1,585.00 | $513.92 | Allstate Fire and Casualty Insurance Company | 07/22/13 | 07/25/13 | 08/02/13 | | 971864591 | 03/13/13 | 09/13/13 |
| 0261845655 | | | $15,270.00 | $8,281.22 | Allstate Property and Casualty Insurance Company | 10/09/12 | 10/11/12 | 02/08/13 | | 961210838 | 09/18/12 | 03/18/13 |
| 0291562908 | | | $810.00 | $443.31 | Allstate Fire and Casualty Insurance Company | 05/29/13 | 06/29/13 | 07/02/13 | | 961921594 | 12/04/12 | 06/04/13 |
| 0262347339 | | | $525.00 | $237.82 | Allstate Fire and Casualty Insurance Company | 10/13/12 | 10/19/12 | 10/22/12 | | 971963392 | 09/13/12 | 03/13/13 |
| 0155910078 | | | $14,295.00 | $7,733.84 | Allstate Indemnity Company | 12/11/09 | 12/18/09 | 02/17/10 | | 961771638 | 07/21/09 | 01/21/10 |
| 0337789861 | | | $9,075.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 08/15/14 | 08/28/14 | 10/28/14 | | 971858292 | 08/14/14 | 02/14/15 |
| 3894123789 | | | $14,200.00 | $8,584.12 | Allstate Vehicle and Property | 04/06/10 | 04/09/10 | 09/07/10 | | 941537527 | 02/09/10 | 02/09/11 |
| 0354741605 | | | $6,340.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 01/12/15 | 01/16/15 | 03/02/15 | | 981138980 | 09/11/14 | 03/11/15 |
| 0348736505 | | | $1,430.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 11/20/14 | 12/01/14 | 01/30/15 | | 981026356 | 07/03/14 | 01/03/15 |
| 0347664988 | | | $5,055.00 | $0.00 | Allstate Property and Casualty Insurance Company | 11/07/14 | 11/20/14 | 01/05/15 | | 961717696 | 07/06/14 | 01/06/15 |

EXHIBIT "A"

9

(Redacted version filed with the Court. Redacted and unredacted version served with Complaint and Summons.)

| Claim Number | Last Name | First Name | Billed Amount | Paid Amount | Allstate Entity | Date of Loss | Date of service From | Date of Service To | Named Insured | Policy Number | Policy Effective Date | Policy Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0291737849 | | | $7,370.00 | $5,004.61 | Allstate Insurance Company | 07/02/13 | 07/08/13 | 10/18/13 | | 071741404 | 05/09/13 | 11/09/13 |
| 0256676503 | | | $13,920.00 | $7,751.80 | Allstate Insurance Company | 08/23/12 | 08/24/12 | 11/12/12 | | 041919870 | 05/27/12 | 11/27/12 |
| 0164726077 | | | $10,605.00 | $3,187.03 | Allstate Property and Casualty Insurance Company | 04/03/10 | 04/07/10 | 06/13/11 | | 971416858 | 11/19/09 | 04/09/10 |
| 0347781429 | | | $15,785.00 | $0.00 | Allstate Insurance Company | 11/11/14 | 11/13/14 | 02/27/15 | | 941350249 | 06/19/14 | 12/19/14 |
| 0350696307 | | | $350.00 | $0.00 | Allstate Indemnity Company | 12/08/14 | 12/09/14 | 12/09/14 | | 981231237 | 10/31/14 | 04/30/15 |
| 0298213489 | | | $12,695.00 | $5,290.01 | Allstate Insurance Company | 08/30/13 | 09/06/13 | 01/02/14 | | 941221920 | 04/19/13 | 10/19/13 |
| 0179653562 | | | $10,425.00 | $3,167.97 | Allstate Fire and Casualty Insurance Company | 10/09/10 | 11/03/10 | 12/29/10 | | 971405406 | 08/05/10 | 02/05/11 |
| 0342971876 | | | $820.00 | $0.00 | Allstate Insurance Company | 09/28/14 | 10/06/14 | 10/07/14 | | 088512440 | 09/25/14 | 03/25/15 |
| 0144776242 | | | $875.00 | $0.00 | Allstate Property and Casualty Insurance Company | 08/02/09 | 11/09/09 | 12/04/09 | | 941560544 | 03/11/09 | 09/11/09 |
| 0225068303 | | | $1,235.00 | $580.00 | Allstate Insurance Company | 11/07/11 | 11/11/11 | 11/30/11 | | 041996858 | 09/23/11 | 03/23/12 |
| 0200147296 | | | $2,005.00 | $932.84 | Allstate Insurance Company | 04/24/11 | 05/16/11 | 05/31/11 | | 041026980 | 01/08/11 | 07/08/11 |
| 0177472214 | | | $15,067.00 | $7,841.52 | Allstate Insurance Company | 09/14/10 | 10/22/10 | 03/04/11 | | 071280728 | 07/25/10 | 01/25/11 |
| 0231458605 | | | $8,955.00 | $4,839.28 | Allstate Property and Casualty Insurance Company | 01/07/12 | 01/16/12 | 07/20/12 | | 961291567 | 07/14/11 | 01/14/12 |
| 0157422296 | | | $14,840.00 | $8,041.84 | Allstate Property and Casualty Insurance Company | 01/03/10 | 01/04/10 | 04/27/10 | | 971085269 | 11/24/09 | 05/24/10 |
| 0157422296 | | | $19,410.00 | $5,954.05 | Allstate Property and Casualty Insurance Company | 01/03/10 | 01/04/10 | 05/26/10 | | 971085269 | 11/24/09 | 05/24/10 |
| 0157422296 | | | $15,020.00 | $7,787.49 | Allstate Property and Casualty Insurance Company | 01/03/10 | 01/04/10 | 05/26/10 | | 971085269 | 11/24/09 | 05/24/10 |
| 0187740006 | | | $2,605.00 | $1,374.72 | Allstate Fire and Casualty Insurance Company | 01/04/11 | 01/17/11 | 01/27/11 | | 971407318 | 08/13/10 | 02/13/11 |
| 0271883548 | | | $7,238.00 | $726.24 | Allstate Indemnity Company | 12/30/12 | 01/03/13 | 06/06/13 | | 971456248 | 11/18/12 | 05/18/13 |
| 0152781456 | | | $700.00 | $0.00 | Allstate Insurance Company | 10/31/09 | 11/05/09 | 11/16/09 | | 088911110 | 07/25/09 | 01/25/10 |
| 0307472142 | | | $700.00 | $174.50 | Allstate Fire and Casualty Insurance Company | 11/26/13 | 12/02/13 | 12/02/13 | | 981131158 | 08/18/13 | 02/18/14 |
| 0186724399 | | | $7,065.00 | $1,273.01 | Allstate Fire and Casualty Insurance Company | 12/20/10 | 01/14/11 | 01/21/11 | | 971630157 | 12/21/10 | 06/21/11 |
| 0248932022 | | | $16,319.00 | $7,089.91 | Allstate Fire and Casualty Insurance Company | 06/19/12 | 06/26/12 | 11/06/12 | | 971236437 | 02/22/12 | 08/22/12 |

EXHIBIT "A"

10

(Redacted version filed with the Court. Redacted and unredacted version served with Complaint and Summons.)

| Claim Number | Last Name | First Name | Billed Amount | Paid Amount | Allstate Entity | Date of Loss | Date of service From | Date of Service To | Named Insured | Policy Number | Policy Effective Date | Policy Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0173455296 | | | $1,050.00 | $227.37 | Allstate Property and Casualty Insurance Company | 07/23/10 | 07/23/10 | 07/26/10 | | 961107397 | 02/21/10 | 08/21/10 |
| 0351935424 & | | | $13,940.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 12/14/14 | 01/29/14 | 03/09/15 | | 971661518 | 08/12/14 | 02/12/15 |
| 0330930645 | | | $1,115.00 | $534.61 | Allstate Fire and Casualty Insurance Company | 06/19/14 | 06/30/14 | 07/07/14 | | 961943715 | 02/01/14 | 08/01/14 |
| 0160228656 | | | $14,288.46 | $4,979.38 | Allstate Insurance Company | 02/09/10 | 02/10/10 | 09/14/10 | | 961213738 | 12/02/09 | 06/02/10 |
| 0240111970 | | | $11,240.00 | $6,336.71 | Allstate Property and Casualty Insurance Company | 04/01/12 | 04/02/12 | 01/03/13 | | 971557493 | 02/01/12 | 08/01/12 |
| 0221968191 | | | $8,280.00 | $2,343.65 | Allstate Property and Casualty Insurance Company | 10/11/11 | 10/12/11 | 12/16/11 | | 961723757 | 05/01/11 | 11/01/11 |
| 0221968191 | | | $12,005.00 | $2,140.02 | Allstate Property and Casualty Insurance Company | 10/11/11 | 10/12/11 | 11/28/11 | | 961723757 | 05/01/11 | 11/01/11 |
| 0276043908 | | | $700.00 | $81.28 | Allstate Property and Casualty Insurance Company | 02/11/13 | 02/14/13 | 02/25/13 | | 961279445 | 12/10/12 | 06/10/13 |
| 0164907115 | | | $26,500.00 | $4,460.06 | Allstate Insurance Company | 04/07/10 | 04/19/10 | 07/30/10 | | 071288773 | 01/07/10 | 07/07/10 |
| 0295301907 | | | $12,930.00 | $7,923.20 | Allstate Property and Casualty Insurance Company | 08/03/13 | 08/12/13 | 10/21/13 | | 961121606 | 03/30/13 | 09/30/13 |
| 0313251332 | | | $31,800.11 | $6,694.50 | Allstate Property and Casualty Insurance Company | 01/14/14 | 01/16/14 | 07/11/14 | | 961590105 | 09/23/13 | 03/23/14 |
| 0353842941 | | | $3,710.00 | $0.00 | Allstate Property and Casualty Insurance Company | 01/04/15 | 01/19/15 | 02/27/15 | | 961590105 | 09/23/14 | 03/23/15 |
| 0173173287 | | | $24,307.00 | $6,310.77 | Allstate Property and Casualty Insurance Company | 07/17/10 | 07/19/10 | 11/12/10 | | 941740011 | 05/01/10 | 11/01/10 |
| 0283317204 | | | $13,710.00 | $6,818.02 | Allstate Fire and Casualty Insurance Company | 04/18/13 | 05/02/13 | 07/25/14 | | 971637887 | 01/07/13 | 07/07/13 |
| 0347099045 | | | $13,655.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 11/05/14 | 11/10/14 | 02/09/15 | | 981156944 | 10/12/14 | 04/12/15 |
| 0258452929 | | | $15,235.00 | $7,606.09 | Allstate Insurance Company | 08/11/12 | 10/03/12 | 02/22/13 | | 061418225 | 06/25/12 | 12/25/12 |
| 0258452929 | | | $1,500.00 | $706.50 | Allstate Insurance Company | 08/11/12 | 10/03/12 | 02/22/13 | | 061418225 | 06/25/12 | 12/25/12 |
| 0257123141 | | | $11,969.00 | $6,571.61 | Allstate Insurance Company | 08/28/12 | 08/30/12 | 10/01/14 | | 061418225 | 06/25/12 | 12/25/12 |
| 0159840700 | | | $3,100.00 | $863.63 | Allstate Insurance Company | 02/02/10 | 02/05/10 | 03/02/10 | | 081220393 | 01/08/10 | 07/08/10 |
| 0191210442 | | | $12,935.00 | $7,082.77 | Allstate Fire and Casualty Insurance Company | 02/06/11 | 02/07/11 | 05/09/12 | | 971516357 | 01/27/11 | 07/27/11 |
| 0191210442 | | | $9,170.00 | $4,873.31 | Allstate Fire and Casualty Insurance Company | 02/06/11 | 02/21/11 | 05/09/12 | | 971516357 | 01/27/11 | 07/27/11 |
| 0248230906 | | | $2,034.00 | $1,089.92 | Allstate Fire and Casualty Insurance Company | 06/12/12 | 06/14/12 | 08/16/12 | | 971246121 | 02/26/12 | 08/26/12 |

EXHIBIT "A"

11

(Redacted version filed with the Court. Redacted and unredacted version served with Complaint and Summons.)

| Claim Number | Last Name | First Name | Billed Amount | Paid Amount | Allstate Entity | Date of Loss | Date of service From | Date of Service To | Named Insured | Policy Number | Policy Effective Date | Policy Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0205240146 | | | $16,170.00 | $8,080.16 | Allstate Property and Casualty Insurance Company | 05/19/11 | 06/02/11 | 09/12/11 | | 961731806 | 05/16/11 | 11/16/11 |
| 0196985055 & 0198877409 | | | $23,365.00 | $10,485.15 | Allstate Property and Casualty Insurance Company | 3/30/2011 & 04/14/11 | 04/01/11 | 08/16/11 | | 961889039 | 01/31/11 | 07/31/11 |
| 0297463143 | | | $17,780.00 | $7,885.02 | Allstate Property and Casualty Insurance Company | 08/22/13 | 08/23/13 | 01/14/14 | | 961889039 | 07/31/13 | 01/31/14 |
| 0297463143 | | | $18,780.00 | $7,602.78 | Allstate Property and Casualty Insurance Company | 08/22/13 | 08/23/13 | 01/14/14 | | 961889039 | 07/31/13 | 01/31/14 |
| 0315560888 | | | $565.00 | $272.85 | Allstate Property and Casualty Insurance Company | 02/06/14 | 02/07/14 | 02/07/14 | | 961889039 | 01/31/14 | 07/31/14 |
| 0198789596 | | | $14,110.00 | $7,450.95 | Allstate Insurance Company | 04/13/11 | 04/20/11 | 07/29/11 | | 071852133 | 03/21/11 | 09/21/11 |
| 0300981669 | | | $3,615.00 | $2,169.37 | Allstate Fire and Casualty Insurance Company | 09/23/13 | 09/24/13 | 10/16/13 | | 971757970 | 08/10/13 | 02/10/14 |
| 0229741862 | | | $18,090.00 | $5,631.66 | Allstate Fire and Casualty Insurance Company | 12/20/11 | 01/13/12 | 03/01/12 | | 971736365 | 07/17/11 | 01/17/12 |
| 0999158016 | | | $16,420.00 | $7,403.80 | Allstate Property and Casualty Insurance Company | 09/30/10 | 10/07/10 | 01/10/11 | | 941802129 | 07/06/10 | 01/06/11 |
| 0330578485 | | | $3,540.00 | $1,024.15 | Allstate Fire and Casualty Insurance Company | 06/15/14 | 06/19/14 | 10/07/14 | | 981126211 | 02/22/14 | 08/22/14 |
| 0157546607 | | | $9,890.00 | $2,119.46 | Allstate Fire and Casualty Insurance Company | 12/24/09 | 12/31/09 | 01/26/10 | | 971346218 | 12/03/09 | 06/03/10 |
| 0156133126 | | | $17,370.00 | $5,074.34 | Allstate Property and Casualty Insurance Company | 12/16/09 | 12/18/09 | 01/24/14 | | 941470364 | 11/03/09 | 05/03/10 |
| 0301124681 | | | $10,515.00 | $6,156.35 | Allstate Property and Casualty Insurance Company | 09/25/13 | 09/27/13 | 02/06/14 | | 941470364 | 05/03/13 | 11/03/13 |
| 0210605820 | | | $5,805.00 | $2,387.39 | Allstate Property and Casualty Insurance Company | 07/16/11 | 07/18/11 | 11/09/11 | | 961138943 | 04/08/11 | 10/08/11 |
| 0300460276 | | | $8,935.00 | $5,214.58 | Allstate Fire and Casualty Insurance Company | 09/20/13 | 09/25/13 | 11/27/13 | | 971708991 | 05/06/13 | 11/06/13 |
| 0239450975 | | | $12,690.00 | $6,488.52 | Allstate Indemnity Company | 03/25/12 | 06/29/12 | 10/05/12 | | 971433765 | 10/20/11 | 04/20/12 |
| 0165592627 | | | $955.00 | $0.00 | Allstate Property and Casualty Insurance Company | 04/14/10 | 04/16/10 | 04/29/10 | | 971175019 | 11/29/09 | 05/29/10 |
| 0191737261 | | | $350.00 | $167.63 | Allstate Property and Casualty Insurance Company | 02/10/11 | 05/23/11 | 05/23/11 | | 961584397 | 09/15/10 | 03/15/11 |
| 0154899933 | | | $16,990.00 | $5,773.23 | Allstate Property and Casualty Insurance Company | 11/30/09 | 12/01/09 | 03/04/10 | | 961195833 | 07/18/09 | 01/18/10 |
| 0273224832 | | | $22,028.23 | $7,443.67 | Allstate Property and Casualty Insurance Company | 01/10/13 | 01/14/13 | 09/27/13 | | 961716028 | 10/17/12 | 04/17/13 |
| 0278750450 | | | $2,795.00 | $1,583.02 | Allstate Property and Casualty Insurance Company | 03/10/13 | 03/25/13 | 05/20/13 | | 941842532 | 02/18/13 | 08/18/13 |
| 0165407719 | | | $6,910.00 | $2,242.10 | Allstate Insurance Company | 04/05/10 | 11/29/10 | 02/22/12 | | 081108227 | 02/14/10 | 08/14/10 |
| 0347995184 | | | $6,695.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 11/13/14 | 11/18/14 | 01/08/15 | | 971767800 | 08/30/14 | 02/28/15 |

EXHIBIT "A"

12

(Redacted version filed with the Court. Redacted and unredacted version served with Complaint and Summons.)

| Claim Number | Last Name | First Name | Billed Amount | Paid Amount | Allstate Entity | Date of Loss | Date of service From | Date of Service To | Named Insured | Policy Number | Policy Effective Date | Policy Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0303572390 | | | $19,105.00 | $7,336.27 | Allstate Fire and Casualty Insurance Company | 10/18/13 | 10/25/13 | 02/21/14 | | 971606069 | 05/13/13 | 11/13/13 |
| 0192785137 | | | $6,545.00 | $3,530.31 | Allstate Indemnity Company | 02/19/11 | 02/24/11 | 04/28/11 | | 641460292 | 01/31/11 | 07/31/11 |
| 0168469047 | | | $9,480.00 | $3,912.48 | Allstate Property and Casualty Insurance Company | 05/22/10 | 05/26/10 | 07/26/10 | | 941714742 | 03/24/10 | 09/24/10 |
| 0248191447 | | | $10,733.00 | $5,926.49 | Allstate Indemnity Company | 06/07/12 | 06/19/12 | 03/24/14 | | 688420058 | 06/01/12 | 12/01/12 |
| 0157841099 | | | $9,215.00 | $3,346.55 | Allstate Property and Casualty Insurance Company | 01/07/10 | 01/12/10 | 04/30/10 | | 971052874 | 11/09/10 | 05/09/10 |
| 0268388352 | | | $2,575.00 | $2,500.00 | Allstate Indemnity Company | 11/27/12 | 12/10/12 | 01/14/13 | | 952568996 | 10/11/12 | 04/11/12 |
| 0277124228 | | | $9,844.00 | $5,759.14 | Allstate Indemnity Company | 02/22/13 | 02/25/13 | 05/20/13 | | 688765364 | 02/15/13 | 08/15/13 |
| 0195331947 | | | $4,015.00 | $2,103.94 | Allstate Property and Casualty Insurance Company | 02/23/11 | 03/04/11 | 03/21/11 | | 963401072 | 02/14/11 | 08/14/11 |
| 0302534672 | | | $5,175.00 | $2,494.13 | Allstate Fire and Casualty Insurance Company | 10/08/13 | 10/22/13 | 12/13/13 | | 971910638 | 06/12/13 | 12/12/13 |
| 0302534672 | | | $525.00 | $244.58 | Allstate Fire and Casualty Insurance Company | 10/08/13 | 10/17/13 | 11/05/13 | | 971910638 | 06/12/13 | 12/12/13 |
| 0157536995 | | | $4,820.00 | $2,218.52 | Allstate Insurance Company | 01/04/10 | 01/06/10 | 01/25/10 | | 041002271 | 10/03/09 | 04/03/10 |
| 0239027287 | | | $9,880.00 | $4,892.42 | Allstate Insurance Company | 03/22/12 | 03/26/12 | 06/18/14 | | 091372388 | 12/15/11 | 06/15/12 |
| 0182189654 | | | $2,025.00 | $1,013.45 | Allstate Property and Casualty Insurance Company | 11/08/10 | 11/12/10 | 12/20/10 | | 971071864 | 06/19/10 | 12/19/10 |
| 0290642339 | | | $525.00 | $244.58 | Allstate Fire and Casualty Insurance Company | 06/23/13 | 07/01/13 | 07/08/13 | | 971798013 | 04/14/13 | 10/14/13 |
| 0298213489 | | | $15,495.00 | $7,939.11 | Allstate Insurance Company | 08/30/13 | 09/06/13 | 01/02/14 | | 941221920 | 04/19/13 | 10/19/13 |
| 0346637622 | | | $660.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 11/03/14 | 11/04/14 | 11/10/14 | | 971485520 | 06/28/14 | 12/28/14 |
| 3894718604 | | | $2,475.00 | $245.69 | Allstate Insurance Company | 10/14/10 | 10/22/10 | 12/01/10 | | 048834782 | 06/27/10 | 06/27/11 |
| 0171964182 | | | $5,310.00 | $1,757.92 | Allstate Property and Casualty Insurance Company | 07/05/10 | 07/08/10 | 08/03/10 | | 961552277 | 01/20/10 | 07/30/10 |
| 0356538454 | | | $4,230.00 | $0.00 | Allstate Fire and Casualty Insurance Company | 12/10/14 | 12/16/14 | 01/26/15 | | 981378521 | 11/28/14 | 05/28/15 |
| 0222943326 | | | $350.00 | $416.83 | Allstate Insurance Company | 10/20/11 | 10/26/11 | 10/26/11 | | 041654133 | 07/06/11 | 01/06/12 |
| 0157141920 | | | $51,555.00 | $6,628.49 | Allstate Insurance Company | 12/27/09 | 12/31/09 | 04/09/10 | | 071856981 | 08/27/09 | 02/27/10 |
| 0236276713 | | | $9,490.00 | $5,119.39 | Allstate Property and Casualty Insurance Company | 02/26/12 | 03/01/12 | 06/13/12 | | 971121019 | 09/09/11 | 03/09/12 |
| 0279962327 | | | $9,420.00 | $5,613.57 | Allstate Insurance Company | 03/20/13 | 04/02/13 | 06/27/13 | | 941357702 | 01/01/13 | 07/01/13 |

| | | Totals | $2,395,420.23 | $919,604.68 |

EXHIBIT "A"

13

(Redacted version filed with the Court. Redacted and unredacted version served with Complaint and Summons.)