UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALLSTATE INDEMNITY COMPANY,**
**ALLSTATE INSURANCE COMPANY,**
**ALLSTATE VEHICLE AND**
**PROPERTY INSURANCE COMPANY,**
**ALLSTATE FIRE AND CASUALTY**
**INSURANCE COMPANY and**
**ALLSTATE PROPERTY AND**
**CASUALTY INSURANCE COMPANY,**

          **Plaintiffs,**

**v.**
                                          **Case No:  6:15-cv-1740-Orl-41GJK**

**FLORIDA REHAB & INJURY**
**CENTERS LONGWOOD, INC., CESAR**
**NABONG ABIERA, JR. , JULIE BETH**
**HEMPHILL, JAMES ANTONIO**
**BIANCHI, WILLIAM BLAIN**
**DRAWDY, FLORIDA MEDICAL AND**
**REHAB CONSULTANTS, INC., ROBIN**
**LYN MINGORANCE and D.R.**
**BILLING & TRANSCRIPTION, INC.,**

          **Defendants.**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Notice of Voluntary Dismissal With Prejudice (Doc. 60). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate William Blain Drawdy and Florida Medical and Rehab Consultants, Inc. as Defendants in this matter and amend the case style accordingly. Defendants' Motion to Dismiss All Claims (Doc. 46) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on March 30, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record